**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                 Plaintiff,<br>vs.<br><br>ISAO BENEJAMIN MISECH,<br><br>                 Defendant. | 3:11-cr-070-RRB-JDR<br><br>**ORDER<br>REGARDING<br>MOTION FOR DEFENDANT'S<br>MAJOR CASE PRINTS**<br><br>(Docket No. 18) |

Having considered the United States's Motion for Defendant's Major Case Prints, it is hereby ordered that the motion is GRANTED. Accordingly, defendant shall submit forthwith to the taking of his major case prints to include a comprehensive set of prints from both hands that includes fingers, thumb lobes, and palms for comparison purposes to latent prints that have been recovered in this case.

DATED this 16th day of November, 2011, at Anchorage, Alaska.

                                                                   /s/ *John D. Roberts*
                                                               JOHN D. ROBERTS
                                                               United States Magistrate Judge